IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EUGENE MOORE,<br><br>　　　Plaintiff,<br><br>　v.<br><br>BROWN & WILLIAMSON TOBACCO, CORPORATION, et al.,<br><br>　　　Defendants. | No. C 06-2150 SBA (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL DOCUMENTS RELATED TO MOTION FOR RECONSIDERATION**<br><br>(Docket no. 72) |

　　　Plaintiff has filed a motion to file under seal documents related to his motion for reconsideration. Plaintiff states that the documents to be filed under seal are "exhibits C1-C8 and D1-D11," which are attached to his motion for reconsideration, and that they are his "confidential medical records." (Mot. to File Under Seal at 1.) Having read and considered Plaintiff's request, and good cause appearing,

　　　IT IS HEREBY ORDERED that Plaintiff's motion to file documents under seal (docket no. 72) is GRANTED. The Court directs the Clerk of the Court to remove Plaintiff's motion for reconsideration (docket no. 71) from being posted in its entirety and to re-post it to exclude exhibits C1 to C8 and D1 to D11. After the Court resolves the motion for reconsideration, which it will do in a separate written Order, the Clerk shall send copies of the aforementioned exhibits to Plaintiff.

　　　This Order terminates Docket no. 72.

　　　IT IS SO ORDERED.

DATED: 3/4/09

　　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge

P:\PRO-SE\SBA\CR.06\Moore2150.grantSEAL.wpd

1 UNITED STATES DISTRICT COURT

2 FOR THE

3 NORTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| MOORE et al, | Case Number: CV06-02150 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. |   |
| BROWN & WILLIAMSON TOBACCO, CORPORATION et al, |   |
| Defendant. |   |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas Eugene Moore D-62389
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: March 6, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk