1

2

3

4

5

6

7

8

**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   THOMAS EUGENE MOORE,                    No. C 06-02150 SBA (PR)

10              Plaintiff,                  **ORDER TERMINATING PENDING**
                                           **MOTION AS MOOT**
11      v.

12   BROWN & WILLIAMSON TOBACCO,
     CORPORATION, et al.,
13
                Defendants.
14
                                                                    /
15   _____

16      This is a civil rights action that has been closed as of March 31, 2009.

17      Before the Court is Plaintiff's motion for appointment of counsel (docket no. 89).  Because

18   this case is closed, his motion is TERMINATED as moot.

19      This Order terminates Docket no. 89.

20      IT IS SO ORDERED.

21   DATED: 4/10/09                         *Saundra B Armstrong*

22                                          SAUNDRA BROWN ARMSTRONG
                                           United States District Judge
23

24

25

26

27

28

P:\PRO-SE\SBA\CR.06\Moore2150.termATTYreq.wpd

1   UNITED STATES DISTRICT COURT
    FOR THE
2   NORTHERN DISTRICT OF CALIFORNIA

3   MOORE et al,

4                        Plaintiff,                Case Number: CV06-02150 SBA

5       v.                                         **CERTIFICATE OF SERVICE**

6   BROWN & WILLIAMSON TOBACCO,
7   CORPORATION et al,

8                        Defendant.
                                                    /

9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.

11  That on April 14, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
12  copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
13  located in the Clerk's office.

14

15

16  Thomas Eugene Moore D-62389
    Pelican Bay State Prison
17  P.O. Box 7500
    Crescent City, CA 95532

18  Dated: April 14, 2009

19                                                  Richard W. Wieking, Clerk
                                                    By: LISA R CLARK, Deputy Clerk
20

21

22

23

24

25

26

27

28

P:\PRO-SE\SBA\CR.06\Moore2150.termATTYreq.wpd      2